IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO VALEZ, | : | 1:19-cv-1648 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| WARDEN CATRICIAL HOWARD, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**September 26, 2019**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). is **DISMISSED** without prejudice to Valez filing a separate civil rights action.

2. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III  
John E. Jones III  
United States District Judge